UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICK MADEWELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CAUSE NO. 1:05-cv-0502-JDT-TAB |
| | ) |
| COMMUNITY HOLDINGS OF | ) |
| INDIANA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING
## STIPULATION OF DISMISSAL WITH PREJUDICE

Having examined the Stipulation Of Dismissal With Prejudice filed in this matter, and being duly advised in the premises, the Court now orders that all claims in this action be **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs and fees.

SO ORDERED this   3rd   day of   October  , 2005.

_____
John Daniel Tinder, Judge
United States District Court

Distribution

Edward E. Hollis
Baker & Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204

John D. Pierce
PIERCE PIERCE & STITES
217 West Ohio Street, Suite One
P. O. Box 236
Rockville, Indiana  47872